**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MOUNTECH IP LLC,** | |
| Plaintiff, | Civil Action No. 1:20-cv-00866-UNA |
| v. | |
| **LG ELECTRONICS U.S.A., INC.,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

Subject to the Court's approval, Plaintiff, Mountech IP, LLC ("Plaintiff") and Defendant, LG Electronics U.S.A., Inc. ("Defendant"), have met and conferred and agree that Defendant has up to and including September 4, 2020 to answer or otherwise respond to the Complaint. The reason for this requested extension is to allow Defendant additional time to retain outside counsel, investigate the allegations set forth in Plaintiff's Complaint, and to consider an appropriate response. No party will be prejudiced by this extension of time.

Dated: July 20, 2020

Respectfully submitted,

CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

Howard L. Wernow *(Pro hac vice forthcoming)*
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174

Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

**SO ORDERED**, this \_\_\_\_ day of July , 2020.

_____
United States District Court Judge